UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 NOV -3 PM 1: 33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 06CR2171-BEN |
| vs | ) | **JUDGMENT OF DISMISSAL** |
| ASHLEY ELIZABETH ALVAREZ | ) | (Rule 32(d)(1), Fed.R.Crim.P.) |
| Defendant, | ) | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of ^*the information* this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952, 960 - Importation of marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 11/1/06

_____
United States Magistrate Judge

ENTERED ON  11-1-06

H:\My Documents\jdgdism.frm